**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:18-CV-467-FDW-DCK**

| | |
|---|---|
| **WINESTORE HOLDINGS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     <u>**ORDER**</u> |
| | ) |
| **JUSTIN VINEYARDS & WINERY, LLC** | ) |
| **and  THE WONDERFUL COMPANY,** | ) |
| **LLC,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by J. Douglas Grimes, concerning J. P. Pecht on October 2, 2018.  J. P. Pecht seeks to appear as counsel *pro hac vice* for Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.**  J. P. Pecht is hereby admitted *pro hac vice* to represent Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC.

**SO ORDERED**.

Signed: October 2, 2018

David C. Keesler
United States Magistrate Judge