# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-467-FDW-DCK

| | |
|---|---|
| WINESTORE HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| JUSTIN VINEYARDS & WINERY, LLC and THE WONDERFUL COMPANY, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by J. Douglas Grimes, concerning Michael M. Vasseghi on October 2, 2018. Michael M. Vasseghi seeks to appear as counsel *pro hac vice* for Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED**. Michael M. Vasseghi is hereby admitted *pro hac vice* to represent Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC.

**SO ORDERED**.

Signed: October 2, 2018

David C. Keesler
United States Magistrate Judge