IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| WINESTORE HOLDINGS, LLC, ) | |
| ) | Civil Action No. 3:18-cv-467-RJC-DCK |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEAL** |
| ) | |
| JUSTIN VINEYARDS & WINERY LLC and ) | |
| THE WONDERFUL COMPANY LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Notice is hereby given that Winestore Holdings, LLC, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment in Case (ECF Entry 24) and related Order (ECF Entry 23) entered in this action on September 18, 2019, which overruled Plaintiff's Objections (ECF Entry 20) to Magistrate Judge's Memorandum and Recommendation (ECF Entry 19) and granted Defendants' Motion to Dismiss (ECF Entry 5).

Dated: October 18, 2019

Respectfully submitted,

s/ J. Mark Wilson
J. Mark Wilson
N.C. State Bar No. 25763
Kathryn G. Cole
N.C. State Bar No. 39106
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
Email: markwilson@mvalaw.com
katecole@mvalaw.com

*Attorneys for Winestore Holdings, LLC*